IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00110-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DERRIS MAYBERRY,

       Defendant.

**MOTION TO DETERMINE MR. MAYBERRY'S COMPETENCY TO STAND TRIAL**

Counsel for Derris Mayberry ("Mr. Mayberry"), David A. Kraut, hereby respectfully moves for a hearing to determine Mr. Mayberry's competency to stand trial pursuant to 18 U.S.C. § 4241(a). Counsel further requests that a psychological or psychiatric examination of Mr. Mayberry be conducted prior to such hearing and that a report of that examination be filed with the Court pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and (c).

The grounds in support of this motion are set forth in a separate pleading to be filed *ex parte* and under restriction simultaneously with this pleading.

                                            Respectfully submitted,

                                            VIRGINIA L. GRADY
                                            Federal Public Defender

                                            *s/ David Kraut*
                                            DAVID KRAUT
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone: (303) 294-7002
                                            FAX: (303) 294-1192
                                            Email: David_Kraut@fd.org
                                            Attorney for Defendant

*I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.*

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender

CERTIFICATE OF SERVICE

I hereby certified that on May 10, 2024, I filed the foregoing ***Motion to Determine Mr. Mayberry's Competency to Stand Trial*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Celeste Rangel, Assistant United States Attorney
Email:  celeste.rangel@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Derris Mayberry
(via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant
